**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Juan Carlos DELGADO–GALINDO,
Defendant–Appellant.**

**No. 12–40894
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 18, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Juan Carlos Delgado–Galindo, USP Beaumont, Beaumont, TX, pro se.

Before JONES, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Juan Carlos Delgado–Galindo has moved

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Delgado–Galindo has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.